UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. MILLMAN, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, et al.,<br><br>        Defendants. | Case No. 17-cv-04123-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Edward M. Chen for consideration of whether the case is related to *Millman et al v. Wilmington Savings Fund Society FSB et al*, No. 3:16-cv-07402-EMC.

      **IT IS SO ORDERED.**

Dated: August 28, 2017

_____
VINCE CHHABRIA
United States District Judge